1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11 | STEVEN TROY HICKS (3),                   )    Criminal No.  02-CR-625-L-3
                                             )
12 |            Petitioner,                   )
                                             )    **ORDER DENYING PETITIONER'S**
13 | v.                                       )    **MOTION FOR RECONSIDERATION**
                                             )
14 | UNITED STATES OF AMERICA,                )
                                             )
15 |            Respondent.                   )
                                             )
16

17        On July 1, 2008, Petitioner, Steven Troy Hicks ("Petitioner") proceeding *pro se*, filed a Motion

18 for Modification of Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2).  Petitioner's motion was

19 based upon Amendment 706 to the Federal Sentencing Guidelines, pertaining to crack cocaine offenses,

20 which became effective in March 2008.  The Government filed a response, and Petitioner filed a reply.

21 On June 4, 2009, the Court denied Petitioner's motion.  On March 13, 2012, Petitioner moved for

22 reconsideration.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1      The Court notes Petitioner's motion for reconsideration, which was filed nearly 3 years after the

2    Order was issued, is untimely.  However, even after having considered Petitioner's motion, and the

3    record in this case, the Court is not persuaded that its Order denying Petitioner's Motion for

4    Modification of Term of Imprisonment was erroneous or manifestly unjust.  Accordingly,

5    Petitioner's Motion for Reconsideration is **DENIED**.

6    DATED:  March 20, 2012

7                                                                    _____

8                                                                    M. James Lorenz
                                                                     United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2